UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FUND FOR JOBS, GROWTH, & SECURITY, a Washington, D.C., not for profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>NEW JERSEY ELECTION LAW ENFORCEMENT COMMISSION; RONALD DEFILIPPIS, in his official capacity as Chairman of New Jersey Election Law Enforcement Commission; WALTER F. TIMPONE, in his official capacity as Vice Chairman of New Jersey Election Law Enforcement Commission; AMOS C. SAUNDERS, in his official capacity as New Jersey Election Law Enforcement Commission Commissioner; EDWIN R. MATTHEWS, in his official capacity as Legal Counsel of New Jersey Election Law Enforcement Commission; and JEFFREY M. BRINDLE, in his official capacity as Executive Director of New Jersey Election Law Enforcement Commission,<br><br>    Defendants. | Civil Action No. 3:13-CV-02177-MAS-LHG<br><br>**CONSENT ORDER FOR PERMANENT INJUNCTION** |

  THIS MATTER initially came before the Court upon Plaintiff Fund for Jobs, Growth, and Security's Complaint and attendant filings seeking preliminary and permanent injunctive relief. (See Dkt. No. 1.) On April 17, 2013, the Court issued an Order to Show Cause for the Entry of Preliminary Injunctive Relief. (Dkt. No. 6.) Upon consideration of Plaintiff's brief and attendant filings, as well as Defendants' letter consenting to the entry of injunctive relief in the form submitted to the Court with Plaintiff's moving papers, the Court issued its Preliminary Injunction Order on April 26, 2013. (Dkt. No. 8.)

Now, The Court having considered moving paper and arguments of Counsel, and the Parties consenting hereto and other good cause appearing, it is hereby

ORDERED on the 11th of July, 2013 that Defendant New Jersey Election Law Enforcement Commission ("Defendant") shall be immediately and permanently and forever enjoined from enforcing the contribution limits set forth in N.J.S.A. 19:44A-11.5 as well as any applicable rules and regulations regarding these provisions, against Plaintiff Fund for Jobs, Growth, & Security as long as it does not make contributions to, or coordinated expenditures on behalf of, candidates or political party committees as defined by N.J.S.A. 19:44A-3.

IT IS FURTHER ORDERED that:

a. Defendant shall withdraw the New Jersey Election Law Enforcement Commission's Advisory Opinion No. 01-2013.

b. Defendant shall recommend to the Legislature that it amend N.J.S.A. 19:44A-11.5 to cure the infirmities in the statute raised by this litigation, so that the Commission may adopt regulations consistent therewith.

c. The claims against individual Defendants, Ronald DeFilippis, Walter F. Timpone, Amos C. Saunders, Edwin R. Matthews, and Jeffrey M. Brindle are hereby dismissed without prejudice and without costs.

d. The Clerk of the Court is hereby ordered to close this case.

_____
MICHAEL A. SHIPP, U.S.D.J.

The Undersigned Counsel hereby Consent
To the Form and Entry of this Order

Attorneys for Plaintiff Fund for Jobs, Growth, & Security

s/_____
Angelo J. Genova
Marc Z. Edell
**GENOVA BURNS GIANTOMASI WEBSTER**
494 Broad Street
Newark, New Jersey 07102
Tel: 973.533.0777
Email: agenova@genovaburns.com
Email: medell@genovaburns.com

s/_____
Marc E. Elias, admitted *pro hac vice*
Ezra W. Reese, admitted *pro hac vice*
Abha Khanna, admitted *pro hac vice*
**Perkins Coie LLP**
700 13th Street, NW, Suite 600
Washington, DC 20005
Telephone: 202-654-6200
E-mail: MElias@perkinscoie.com
E-mail: EReese@perkinscoie.com
E-mail: AKhanna@perkinscoie.com

Attorneys for Defendants New Jersey Election Law Enforcement Commission *et al.*

s/_____
Edwin R. Matthews
**BOURNE, NOLL & KENYON**
382 Springfield Avenue, Suite 507
Summit, New Jersey 07902
Tel: 908.277.2200
Email: EMatthews@bournenoll.com